FILED
Nov 10  3 22 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHAEL R. BLEZARD | : CIVIL ACTION NO.: |
| | : 303CV0161 (MRK) |
| Plaintiff | : |
| | : |
| V. | : |
| | : |
| THEMISTOS & DANE, P.C. | : |
| | : |
| Defendant | : NOVEMBER 6, 2003 |
| | : |

## MOTION FOR LEAVE TO FILE "PLAINTIFF'S AMENDED COMPLAINT" AND REPLY AND AMENDED AFFIRMATIVE DEFENSES

Pursuant to Rule 15(a) of the Federal Rules of Civil Procedure ("Fed.R.Civ.P"), the plaintiff, Michael R. Blezard ("Blezard" or "Plaintiff"), hereby moves for leave to amend his Complaint of January 23, 2003 by amending Count One ("Declaratory Judgment"), and Count Two ("Breach of Employment Contract"), to said Complaint against the defendant, Themistos & Dane, P.C. ("Defendant"). Further, Plaintiff is seeking leave to add a "Seventh Affirmative Defense" to Plaintiff's Reply and Affirmative Defenses of April 8, 2003 in response to the Defendant's Answer, Affirmative Defenses and Counterclaims. Plaintiff's Reply and Amended Affirmative Defenses together with Plaintiff's Amended Complaint are attached hereto.

**ORAL ARGUMENT REQUESTED**

As reasons therefor, Plaintiff states as follows:

1. This action was commenced by Summons and Complaint dated January 23, 2003 (the "Complaint"), by the plaintiff, Michael R. Blezard against the defendant, Themistos & Dane, P.C.

2. On February 13, 2003 Themistos & Dane, P.C. filed its Answer, Affirmative Defenses and Counterclaims, in response to the Plaintiffs' Complaint. By way of Defendant's Counterclaims, Pue, Leibowitz and Chick, LLC subsequently became a counterclaim defendant. On or about March 10, 2003, Attorney James W. Oliver filed an appearance on behalf of Counterclaim Defendant, Pue, Leibowitz & Chick, LLC.

3. On April 8, 2003 Plaintiff filed his Reply and Affirmative Defenses in response to the Defendant's Answer, Affirmative Defenses and Counterclaims.

4. On April 17, 2003 Counterclaim Defendant, Pue, Leibowitz & Chick, LLC filed its Answer and Affirmative Defenses to Defendant, Themistos & Dane, P.C.'s Counterclaims.

5. As previously mentioned, the Plaintiff is now requesting leave to amend his Complaint and Affirmative Defenses. More particularly, Plaintiff is seeking permission to amend his Declaratory Judgment count and Breach of Employment Contract count (as set forth in "Count One" and "Count Two" of the Amended Complaint attached hereto) and to

2

add an additional Affirmative Defense under the doctrine of fraudulent inducement (as set forth in the "Seventh Affirmative Defense"). Specifically, Plaintiff Michael R. Blezard contends that he was hired under false and fraudulent pretenses. Defendant made certain representations, as statements of fact, to Michael R. Blezard prior to his acceptance of the position including but not limited to: that Michael R. Blezard was being hired under the "partner in training program" and that Themistos & Dane, P.C. was a profitable, solvent accounting firm which followed prudent business practices. The Defendant, Themistos & Dane, P.C. made these representations for the purpose of inducing Plaintiff, Michael R. Blezard to enter into an employment agreement with the Defendant. Michael R. Blezard has now confirmed through discovery that these representations were false at the time they were made to him. Michael R. Blezard relied on these false statements in making his decision to become an employee of Themistos & Dane, P.C. and would have rejected the employment offer had he been told the true state of affairs of Themistos & Dane, P.C.

6. In addition, Plaintiff is seeking to amend his Complaint to include adjusted amounts that are currently owed to him for "unused total days" which includes personal, sick and vacation time earned but not used.

7. Moreover, Plaintiff is seeking to amend his Complaint to include adjusted amounts that are currently owed to him for "bonus payments" and "commissions".

3

8.    Further, the Plaintiff is seeking to amend his Affirmative Defenses to include an Affirmative Defense under the doctrine of fraudulent inducement (as set forth in the "Seventh Affirmative Defense").

9.    Pursuant to Fed.R.Civ.P. 15(a), leave to amend "shall be freely given when justice so requires." As long as there is no evidence to suggest "undue delay, bad faith or dilatory motive on the part of the movant, . . ., [or] undue prejudice to the opposing party . . .", the amendment should be allowed. Foman v. Davis, 371 U.S. 178, 182 (1962).

10.    The Plaintiff submits that good cause exists for leave to amend as stated above and, in the interests of justice, ask that the Court permit the filing of the proposed Reply and Amended Affirmative Defenses and Amended Complaint (attached hereto).

11.    The Plaintiff further submits that he is not seeking to allege facts or circumstances not previously known to the Defendant and about which the Defendant has had no opportunity to conduct discovery. Consequently, said amendments present no surprise to the Defendant. Moreover, for the above-stated reasons, and as the discovery deadline (as agreed upon by the parties) is currently scheduled for December 31, 2003 and as the deadline to file motions to amend the pleadings is currently scheduled for February 15, 2004 and as the trial of this matter is currently scheduled for May 1, 2004 (more than six (6) months from the

date of this Motion), the Amended Complaint will not work an injustice to, nor otherwise prejudice, the Defendant.

WHEREFORE, for the foregoing reasons, the Plaintiff, Michael R. Blezard respectfully requests that the Court grant his Motion for Leave to File his Amended Complaint together with his Reply and Amended Affirmative Defenses.

                THE PLAINTIFF,
                MICHAEL R. BLEZARD

By: *[signature]*
    JOSÉ A. AGUIAR
    Federal Bar No.: ct24658
    JAMES W. OLIVER
    Federal Bar No.: ct02510
    Berman and Sable
    100 Pearl Street, 10th Floor
    Hartford, CT 06103
    Tel:   (860) 527-9699
    Fax:  (860) 527-9077
    His Attorneys

**BERMAN AND SABLE**
100 PEARL STREET, HARTFORD, CONNECTICUT 06103
(860) 527-9699  •  JURIS NO. 03840

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing "Motion for Leave to File Amended Complaint and Reply and Amended Affirmative Defenses" (with a copy of the attached "Plaintiff's Amended Complaint" together with "Plaintiff, Michael R. Blezard's Reply and Amended Affirmative Defenses to Defendant, Themistos & Dane, P.C.'s Counterclaims Dated February 13, 2003" (and Exhibits appended thereto)) was mailed, via U.S. mail, first class, postage prepaid, on this 6th day of November, 2003 to:

Paul Rothschild, Esq.
Michelle M. Begley, Esq.
Bacon & Wilson, P.C.
33 State Street
Springfield, MA 01103

_____
JOSÉ A. AGUIAR

L:\Blezard, Mike\Motion for Leave (Complaint and Defenses).doc

BERMAN AND SABLE
100 PEARL STREET, HARTFORD, CONNECTICUT 06103
(860) 527-9699   •   JURIS NO. 03840