UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHAEL R. BLEZARD | CIVIL ACTION NO.: 303CV0161 (MRK) |
| Plaintiff | |
| V. | |
| THEMISTOS & DANE, P.C. | |
| Defendant | NOVEMBER 25, 2003 |

## MOTION TO COMPEL

Pursuant to Rule 37(a) of the Federal Rules of Civil Procedure and Rule 9(d)(2) of the Local Rules of Civil Procedure for the District of Connecticut, plaintiff Michael R. Blezard ("Blezard" or "Plaintiff"), hereby moves this Court for an Order compelling defendant, Themistos & Dane, P.C. ("Themistos" or "Defendant"), to provide documents responsive, to the extent they exist, to Plaintiff's First Set of Requests for Production dated May 30, 2003. Specifically, Plaintiff seeks documents in response to Request Nos. 4, 5, 10, 11, 16, 17, 20, 21, 22, 24, 29, 31, 32, 34 and 37 in Plaintiff's First Set of Requests for Production.

**ORAL ARGUMENT REQUESTED**
**TESTIMONY NOT REQUIRED**

An Affidavit is submitted on this date certifying that Plaintiff's counsel has conferred with Defendant's counsel in an effort in good faith to resolve by agreement the issues raised by this Motion without the intervention of the Court, but that counsel have been unable to reach such agreement pursuant to Local Rule 9(d)(2).[1] A Memorandum of Law is also submitted on this date in support of this Motion pursuant to Local Rule 9(a).

For the reasons set forth in the accompanying Memorandum of Law, Defendant should be compelled to provide, to the extent that they exist, of all documents in response to Request Nos. 4, 5, 10, 11, 16, 17, 20, 21, 22, 24, 29, 31, 32, 34 and 37.

---

[1] See Affidavit of James W. Oliver attached hereto as **Exhibit A**.

RESPECTFULLY SUBMITTED,

THE PLAINTIFF,
MICHAEL R. BLEZARD

By: _*José A. Aguiar*_
   JAMES W. OLIVER
   Federal Bar No.: ct02510
   JOSÉ A. AGUIAR
   Federal Bar No.: ct24658
   Berman and Sable
   100 Pearl Street, 10th Floor
   Hartford, CT 06103
   Tel: (860) 527-9699
   Fax: (860) 527-9077
   His Attorneys

3

## ORDER

The foregoing Motion to Compel, having been presented to the Court, it is hereby ordered: GRANTED/DENIED.

BY THE COURT

_____
JUDGE/CLERK

**BERMAN AND SABLE**
100 PEARL STREET, HARTFORD, CONNECTICUT 06103
(860) 527-9699 • JURIS NO. 03840

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing "Motion To Compel", Affidavit and Memorandum of Law in Support of Motion to Compel (with Exhibits) was sent, via U.S. mail, first class, postage prepaid, on this 25th day of November, 2003 to:

Paul H. Rothschild, Esq.
Michelle M. Begley, Esq.
Bacon & Wilson, P.C.
33 State Street
Springfield, MA 01103

José A. Aguiar
_____
JOSÉ A. AGUIAR

F:\USERS\SHARED\LIT\Blezard, Mike\Motion to Compel (Themistos & Dane).doc

**BERMAN AND SABLE**
100 PEARL STREET, HARTFORD, CONNECTICUT 06103
(860) 527-9699  •  JURIS NO. 03840