## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICHAEL R. BLEZARD | : | CIVIL ACTION NO.: |
| | : | 303CV0161 (SRU) |
| Plaintiff | : | |
| | : | |
| | : | |
| V. | : | |
| | : | |
| THEMISTOS & DANE, P.C. | : | |
| | : | |
| Defendant | : | MAY 30, 2003 |
| | : | |

### PLAINTIFF, MICHAEL R. BLEZARD'S FIRST SET OF REQUESTS FOR PRODUCTION PROPOUNDED TO DEFENDANT, THEMISTOS & DANE, P.C.

Pursuant to Rule 34 of the Federal Rules of Civil Procedure ("Fed.R.Civ.P."), the plaintiff, Michael R. Blezard ("Plaintiff"), hereby requests that defendant, Themistos & Dane, P.C. ("Defendant"), provide counsel for the Plaintiff the materials described herein, or afford counsel for the Plaintiff the opportunity to inspect, copy, photograph or otherwise reproduce said materials, within thirty (30) days of the service hereof.

A.    Requests for Production:

Defendant's production, unless otherwise specified, or agreed upon by counsel, is to be made at the offices of Berman and Sable, 100 Pearl Street, Hartford, Connecticut, 06103,

BERMAN AND SABLE
100 PEARL STREET, HARTFORD, CONNECTICUT 06103
(860) 527-9699  •  JURIS NO. 03840

within thirty days of the date of service hereof and supplemented as additional or new information is subsequently discovered.

## I.   **DEFINITIONS**

As used in these Requests for Production, the terms listed below are defined as follows:

A.     "Documents" shall mean **any** written, recorded or graphic matter however produced or reproduced, including, but not limited to, **e-mails**, tape recordings, teletypes, telefaxes, correspondence, schedules, letters, telegrams, memoranda, statements, pamphlets, periodicals, manuals, brochures, prospecti, books, appraisals, texts, transcripts (including transcripts of hearings, conferences and depositions), telegrams, faxes, teletypes, telecopied or teletyped material, studies, reports, personal and business records, bills, minutes, journal entries, ledgers, telephone call slips, desk pads, telephone records, tax returns, W-2's, 1099's, applications, authorizations, wire communications and fund transfers, billings, receipts, invoices, cancelled checks, passbooks, bank account records, checkbook records and stubs, bank statements, credit card statements, purchase receipts, bill(s) of sale, purchase order(s), purchase and sale agreement(s), book(s) of account, financial records, video or audio stored information, computer printouts, computer disks, corporate bylaws, annual reports, corporate financial statements, shareholder meeting minutes, board of director meeting minutes, management committee meeting minutes, firm retreat minutes, corporate certificates,

2

partnership agreements, stock certificates, investment certificates, minutes of any meetings, reports, notes, schedules, tabulations, projections, checks, statements, returns, receipts, work papers, financial calculations and representations, accounting and diary entries, invoices, inventory sheets, ledgers, journals, trial balances, contracts, agreements, offers, notations of any sort of conversations, analyses, calendars, bulletins, computer software, computer databases, photographs, drawings, maps, plans, surveys, graphs, charts, films or other graphic depiction, and all other writings and recordings whether or not claimed to be privileged, in the possession, custody or control of Themistos & Dane, P.C., its present or former counsel, agents, and employees and all persons acting on its behalf. **"Documents" also includes the original and all drafts and copies which differ in any respect from the original.**

B.    "Communications" shall mean any exchange of thoughts, information or ideas.

C.    "Themistos & Dane, P.C." shall mean Themistos & Dane, P.C., the defendant in the above-captioned action, and shall include its employees, representatives, and agents.

D.    "Michael R. Blezard" shall mean Michael R. Blezard, the plaintiff in the above-captioned action.

E.    "Complaint" shall mean the Complaint dated January 23, 2003, filed in the above-captioned matter by Michael R. Blezard.

F.    "Answer" shall mean the Answer, Affirmative Defenses and Counterclaims to the Complaint, dated February 13, 2003, filed in the above-captioned matter by the Defendant, Themistos & Dane, P.C.

3

G.    "Agreement" shall mean the agreement Michael R. Blezard entered into with Themistos & Dane, P.C., on or about July 27, 1995, a copy of which is attached as Exhibit B to the Complaint.

## II.    INSTRUCTIONS

A.    Privileged Matter

If it is claimed that any Request for Production calls for information or for an identification of documents, or documents that are claimed to be privileged, work product or otherwise protected from disclosure, and such privilege or work product is asserted: (a) identify the nature of the privilege (including work product) that is being claimed and (b) produce a privilege log as required by Fed.R.Civ.P 26(b) and Rule 9(d) of the Local Civil Rules of the United States District Court for the District of Connecticut ("D.Conn.L.Civ.R."). Pursuant to D.Conn.L.Civ.R 9(d), the privilege log shall contain the following information:

1.    The type of document;

2.    The general subject matter of the document;

3.    The date of the document;

4.    The author of the document; and

5.    Each recipient of the document.

If the information called for by one or more of the foregoing categories is itself privileged, it need not be disclosed.

4

B.    <u>Lost or Destroyed Documents</u>

If any document identified herein, was known at the time of responding to these Requests for Production to have been in existence at one time, has been lost, discarded or destroyed, identify such document or thing as completely as possible, providing as much of the following information as possible:

1.    The type of document;

2.    Its date;

3.    The date or approximate date it was lost, discarded or destroyed;

4.    The circumstances and manner in which it was lost, discarded or destroyed;

5.    The reason(s) for disposing of the document (if discarded or destroyed);

6.    The identity of all persons authorizing or having knowledge of the circumstances surrounding the disposal of the document;

7.    The identity of the person(s) who lost, discarded or destroyed the document; and

8.    The identity of all persons having knowledge of the contents thereof.

5

III    **REQUESTS FOR PRODUCTION**

      1.      Any and all documents relating to and contained within the personnel file of the Plaintiff, Michael R. Blezard.

      **Response:**

      2.      Any and all documents relating to the offer letter dated May 25, 1995 that was sent to the Plaintiff, Michael R. Blezard from the Defendant, Themistos & Dane, P.C.

      **Response:**

      3.      Any and all documents relating to the Agreement that the Plaintiff, Michael R. Blezard signed on July 27, 1995.

      **Response:**

6

4.    Any and all documents relating to, concerning and including any and all offer letters that were sent out to potential employees of the Defendant, Themistos & Dane, P.C., for the years 1994 through 2003.

**Response:**

5.    Any and all documents relating to, concerning and including any and all restrictive covenants such as non-compete agreements and non-solicitation agreements that the Defendant, Themistos & Dane, P.C., maintained or issued for the years 1994 through 2003.

**Response:**

6.    Any and all documents relating to employee handbooks and all employee handbooks issued or maintained by the Defendant, Themistos & Dane, P.C., for the years 1994 through 2003.

**Response:**

7

7.    Any and all documents relating to the Defendant, Themistos & Dane, P.C.'s vacation policies and plans; any and all vacation policies and plans of the Defendant, Themistos & Dane, P.C., for the years 1994 through 2003.

**Response:**

8.    Any and all documents relating to actual vacation, sick, and personal time taken by the Plaintiff, Michael R. Blezard, and/or paid to Plaintiff for the years 1994 through 2002.

**Response:**

9.    Any and all documents relating to the Defendant, Themistos & Dane, P.C.'s bonus plans for the years 1994 through 2003; any and all bonus plans for the years 1994 through 2003.

**Response:**

BERMAN AND SABLE
100 PEARL STREET, HARTFORD, CONNECTICUT 06103
(860) 527-9699  •  JURIS NO. 03840

10.    Any and all documents relating to, concerning and including any and all calculation methods used by the Defendant, Themistos & Dane, P.C., regarding calculating bonuses for the years 1994 through 2002.

**Response:**

11.    All calculation documents used by the Defendant, Themistos & Dane, P.C., regarding calculating bonuses for the years 1994 through 2002.

**Response:**

12.    Any and all documents relating to, concerning and including the Defendant, Themistos & Dane, P.C.'s policy concerning sick pay and reimbursement for unused sick pay.

**Response:**

9

13.     Any and all documents relating to, concerning and including any and all meeting notes regarding the Plaintiff, Michael R. Blezards' interview(s) with the Defendant, Themistos & Dane, P.C.

**Response:**


14.     Any and all documents relating to, concerning and including any and all resolutions of the Defendant, Themistos & Dane, P.C., authorizing the owners of Themistos & Dane, P.C., to receive interest payments from Themistos & Dane, P.C., on their capital contributions to Themistos & Dane, P.C.

**Response:**


15.     Any and all documents relating to, concerning and including the Defendant, Themistos & Dane, P.C.'s Bylaws or Operating Agreement(s) for the years 1994 through 2003.

**Response:**


10

16.    Any and all documents relating to, concerning and including any and all lease agreements entered into by the Defendant, Themistos & Dane, P.C., regarding real property located on 1341 Main Street, Springfield, Massachusetts 01103.

**Response:**




17.    Any and all documents relating to and concerning the Defendant, Themistos and Dane, P.C.s'-obligation to any and all banks in regards to securing any and all Note(s) and Mortgage(s) securing any and all real property located in Springfield, Massachusetts, personal property, and/or mortgage notes.

**Response:**




18.    Any and all documents relating to, concerning and including any and all board of director resolutions of the Defendant, Themistos & Dane, P.C., authorizing said Defendant to assume and/or satisfy the debt obligation of Mr. Themistos, Mr. Dane, Mr. Oleszewski, TOD Realty, and/or TOD Realty Trust by the Defendant to any and all banks.

**Response:**

11

19.    Any and all documents relating to, concerning and including any and all assumption and/or assignment agreements of the Defendant, Themistos & Dane, P.C., to assume and/or satisfy any and all debt obligations of Mr. Themistos, Mr. Dane, Mr. Oleszewski, TOD Realty, and/or TOD Realty Trust.

**Response:**

20.    Any and all documents relating to, concerning and including all accounting records or reports, including but not limited to year end accounting records of the Defendant, Themistos & Dane, P.C., for the years 1994 through 2002.

**Response:**

21.    Any and all documents relating to, concerning and including all tax returns of the Defendant, Themistos & Dane, P.C., for the years 1994 through 2002.

**Response:**

12

22.     Any and all documents relating to, concerning and including all individual tax returns of the owners of the Defendant, Themistos & Dane, P.C., for the years 1994 through 2002.

**Response:**


23.     Any and all documents relating to, concerning and including all notices sent by the Defendant, Themistos & Dane, P.C., to its clients concerning the Plaintiff, Michael R. Blezard's' departure from Themistos & Dane, P.C., including but not limited to any and all memos, correspondence, e-mails, notes and telephone messages internally prepared by any and all employees calling upon Defendant's clients served by Plaintiff, subsequent to Plaintiff's departure.

**Response:**


13

24.    Any and all copies of Defendant, Themistos & Dane, P.C.'s telephone bills from July 2002 through 2003 for all of Defendant's telephone services.

**Response:**

25.    Any and all documents relating to, concerning and including any and all communications from the clients of the Defendant, Themistos & Dane, P.C., to the Defendant, Themistos & Dane, P.C., concerning or referencing the Plaintiff, Michael R. Blezards' departure from Themistos & Dane, P.C.

**Response:**

26.    Any and all documents supporting the Defendant, Themistos & Dane, P.C.s' allegations that the Plaintiff, Michael R. Blezard solicited clients of Themistos & Dane, P.C.

**Response:**

14

27.    Any and all documents from clients of the Defendant, which support the allegation that the Plaintiff, Michael R. Blezard attempted to solicit the businesses of said clients.

**Response:**

28.    Any and all documents supporting the Defendant, Themistos & Dane, P.C.s' allegations that the Plaintiff, Michael R. Blezard stole business records or any other documents of the Defendant, Themistos & Dane, P.C.

**Response:**

29.    Any and all stockholder, stock redemption, buy-in, buy-out and similar agreements relating to the defendant, Themistos & Dane, P.C., by and among stockholders and/or defendant, Themistos & Dane, P.C.

**Response:**

15

33.    All Listing of stockholders and total shares owned by each stockholder of Defendant, Themistos & Dane, P.C., from 1994 through 2002.

**Response:**

34.    Any and all documents supporting the buy-out/merger of Brian L. David's CPA practice by Defendant, Themistos & Dane, P.C.

**Response:**

35.    Any and all documents supporting accounts receivable collections policies and procedures of Defendant, Themistos & Dane, P.C., for the period 1994 through 2003.

**Response:**

BERMAN AND SABLE
100 PEARL STREET, HARTFORD, CONNECTICUT 06103
(860) 527-9699  •  JURIS NO. 03840

36.    Any and all collections documents, letters, correspondence, e-mails, memos, and VPM notes for all clients of the defendant, Themistos & Dane, P.C., enumerated in Exhibit A of defendants answer, affirmative defenses and counterclaims dated February 13, 2003.

**Response:**


37.    Listing of any and all accounts receivable of defendant, Themistos & Dane, P.C., placed with collection agents for the period 1994 through 2003.

**Response:**


38.    Any and all correspondence, communications, notices, contracts, documents and memoranda, signed and unsigned, evidencing services performed by Defendant, Themistos & Dane, P.C., for all clients of defendant enumerated in Exhibit A of Defendant's answer, affirmative defenses and counterclaims dated February 13, 2003, for the twenty-four month period prior to the Plaintiff's termination of employment with the defendant, including but not limited to:

18

| | |
|---|---|
| a. | Bills for services rendered by the defendant; |
| b. | Collections on all bills rendered; |
| c. | Credits issued and/or bad debts written off; and |
| d. | Balances outstanding. |

**Response:**

39.    Any and all information regarding Berkshire Financial Services, LLC financial arrangement, transactions, startup costs, and amounts due and owing from defendant, Themistos & Dane, P.C., as of and for the years ended August 31, 2000, 2001 and 2002.

**Response:**

19

BERMAN AND SABLE
100 PEARL STREET, HARTFORD, CONNECTICUT 06103
(860) 527-9699   •   JURIS NO. 03840

THE PLAINTIFF,
MICHAEL R. BLEZARD


By:_____
      JAMES W. OLIVER
      Federal Bar No. ct02510
      JOSÉ A. AGUIAR
      Federal Bar No. ct24658
      Berman & Sable
      100 Pearl Street, 10th Floor
      Hartford, CT  06103
      Telephone: (860) 527-9699
      Facsimile: (860) 527-9077
      His attorney

20