UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICHAEL R. BLEZARD | : | CIVIL ACTION NO.: |
| | : | 303CV0161 (MRK) |
| Plaintiff | : | |
| | : | |
| V. | : | |
| | : | |
| THEMISTOS & DANE, P.C. | : | |
| | : | |
| Defendant | : | NOVEMBER 25, 2003 |
| | : | |

**AFFIDAVIT OF JAMES W. OLIVER
IN SUPPORT OF MOTION TO COMPEL**

State of Connecticut )
                     ) ss: Hartford                      November 25, 2003
County of Hartford )

    I, James W. Oliver, being first duly sworn, depose and say:

    1.    I am an attorney for plaintiff, Michael R. Blezard and counterclaim defendant, Pue, Leibowitz & Chick, LLC in the above-entitled action.

    2.    This Affidavit is being filed pursuant to Rule 9(d)2 of the Local Civil Rules of the United States District Court for the District of Connecticut.

3.  The undersigned, in good faith, has conferred with Paul H. Rothschild, Esq., counsel for defendant, Themistos & Dane, P.C. in an effort to resolve this dispute without Court action, but has not been able to attain such resolution.

*James W. Oliver*

Subscribed and sworn to before me this
25th day of November, 2003

*José A. Aguin*
Commissioner of the Superior Court
~~Notary Public~~
~~My commission expires:~~

F:\USERS\SHARED\LIT\Blezard, Mike\Affidavit of James Oliver (Mot. to Compel).doc

2

**BERMAN AND SABLE**
100 PEARL STREET, HARTFORD, CONNECTICUT 06103
(860) 527-9699  •  JURIS NO. 03840