UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICHAEL R. BLEZARD | : | |
| | : | |
| Plaintiff, | : | NO. 3:03CV0161(MRK) |
| | : | |
| v. | : | |
| | : | |
| THEMISTOS & DANE, P.C. | : | |
| | : | |
| Defendant. | : | |

## ORDER

Plaintiff's Motion For Leave To File "Plaintiff's Amended Complaint" And Reply And Amended Affirmative Defenses [doc. #19], dated November 6, 2003, is **GRANTED** absent objection. **The Clerk is directed to docket Plaintiff's Amended Complaint and Reply and Amended Affirmative Defenses.**

IT IS SO ORDERED.

/s/      Mark R. Kravitz
                U.S.D.J.

Dated at New Haven, Connecticut: December 16, 2003.