

**THEMISTOS
OLSZEWSKI
& DANE, P.C.**

Certified
Public
Accountants

May 25, 1995

Mr. Michael R. Blezard, CPA
430 Avery Street
South Windsor  CT  06074

Dear Michael,

We enjoyed meeting you and discussing the career opportunity at our firm. We were impressed and we believe you will be an asset to our firm. We extend to you the following employment offer:

**Position and Compensation**

Your position will be Accounting Manager. The salary will be $1,154. weekly, or $60,008.00 on an annual basis, plus the bonus as calculated under our Manager Incentive Compensation Plan which could be ten per cent (10%) of the annual salary if all criteria are met. Your salary review will be on or before August 1, 1996. Our offer is subject to a 90 day probationary period commencing the day you start.

**Employment Date**

Your starting date will be on or before June 30, 1995.

**Benefits**

Our firm has Aetna Life Insurance for its hospitalization plan. The firm pays 80% of the monthly premium and has a Section 125 plan for the employees to use to pay their share with before-tax dollars. The firm pays for 100% of the AICPA Group Life Insurance premium which amounts to life insurance in force at three times the employee's salary. We also have a medical reimbursement plan and allowed sick days which are described in our firm manual. You will have two (2) weeks vacation during the summer of 1995, and be eligible for three (3) weeks vacation in 1996, which should be approved before it is taken. Other benefits will apply as stated in our personnel manual, including holidays, CPE, dues and memberships, etc.. Graduate program courses will be paid, for appropriate courses and a grade of B or higher, subject to the reimbursement policy in our firm manual. After one year of employment you will be eligible for our 401(K) plan. We also have a Flexible Spending Plan for dependent care and medical expenses.

Complete Accounting
Financial Planning,
and Management
Advisory Services

One Monarch Pl.
Suite 2020
Springfield, MA 0
Tel. 413-733-4179
Fax 413-733-5160

Mr. Michael R. Blazard, CPA          - 2 -                          May 25, 1995

If you have any questions, please do not hesitate to call. We look forward to your joining our firm. We await your decision by May 31.

Very truly yours,

Thomas H. Themistos, CPA

THT/fp