UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Status Conference Calendar

Honorable Mark R. Kravitz, U.S.D.J.
141 Church Street
New Haven
Chambers Room 306

Thursday January 8, 2004
9:30 a.m.

CASE NO. **3:03cv161 MRK**   **Belzard v Themistos & Dane**

Jose Antonio Aguiar
Berman & Sable
100 Pearl St.
Hartford, CT 06103


James Webster Oliver
Berman & Sable
100 Pearl St.
Hartford, CT 06103


Paul H. Rothschild
Bacon & Wilson
33 State St.
Springfield, MA 01103


STATUS CONFERENCE HELD
DATE: 1/8/04

45 min.

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK