UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICHAEL R. BLEZARD | : | |
| | : | |
| Plaintiff, | : | NO. 3:03CV0161(MRK) |
| | : | |
| v. | : | |
| | : | |
| THEMISTOS & DANE, P.C. | : | |
| | : | |
| Defendant. | : | |

**ORDER**

For the reasons stated on the record during a telephonic conference with the parties on April 15, 2004, Defendant's Motion to Compel [doc. # 33] is DENIED.

                                                           IT IS SO ORDERED,

                                      /s/      Mark R. Kravitz
                                                                U.S.D.J.

Dated at New Haven, Connecticut: <u>April 15, 2004</u>