UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICHAEL R. BLEZARD | : | |
| | : | |
| Plaintiff, | : | NO. 3:03CV0161(MRK) |
| | : | |
| v. | : | |
| | : | |
| THEMISTOS & DANE, P.C. | : | |
| | : | |
| Defendant. | : | |

**ORDER**

For the reasons stated on the record during a telephonic conference with the parties on April 15, 2004, Defendant's Motion to Compel [doc. # 33] is DENIED.

                                                       IT IS SO ORDERED,


                                       /s/         Mark R. Kravitz
                                                            U.S.D.J.

Dated at New Haven, Connecticut: April 15, 2004