FILED

MAY 10 11 27 AM '04

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHAEL R. BLEZARD | : CIVIL ACTION NO.: |
| Plaintiff | : 303CV0161 (MRK) |
| V. | : |
| THEMISTOS & DANE, P.C. | : |
| Defendant | : MAY 6, 2004 |

## JOINT STATUS REPORT

Pursuant to the scheduling order issued on February 18, 2004, by the Honorable Mark R. Kravitz, the plaintiff/counterclaim defendant Michael R. Blezard, counterclaim defendant Pue, Leibowitz & Chick, LLC and the defendant/counterclaim plaintiff Themistos and Dane, P.C., herein submit the following Joint Status Report.

(a) THE STATUS OF THE CASE, IDENTIFYING ANY PENDING MOTIONS, OR ANY CIRCUMSTANCES POTENTIALLY INTERFEREING WITH THE PARTIES' COMPLIANCE WITH THE SCHEDULING ORDER;

Response: Discovery is complete and there are no pending motions.

(b) INTEREST IN REFERRAL FOR SETTLEMENT PURPOSES TO A UNITED STATES MAGISTRATE JUDGE OR TO THE DISTRICT'S SPECIAL MASTERS PROGRAM;

Response: Non-binding mediation is scheduled for May 17, 2004, from 10:00 a.m. to 5:00 p.m. in front of retired Magistrate Judge F. Owen Eagan in West Hartford.

(c)     WHETHER THE PARTIES WILL CONSENT TO A TRIAL BEFORE A MAGISTRATE JUDGE; AND

Response: The parties do not consent to a trial before a Magistrate Judge.

(d)     THE ESTIMATED LENGTH OF TRIAL.

Response: Seven or eight days.

**BERMAN AND SABLE LLC**
ONE FINANCIAL PLAZA, HARTFORD, CONNECTICUT 06103
(860) 527-9699 • JURIS NO. 03840

THE PLAINTIFF/COUNTERCLAIM DEFENDANT,
MICHAEL R. BLEZARD

And

THE COUNTERCLAIM DEFENDANT,
PUE, LEIBOWITZ & CHICK, LLC


By: _____
    JAMES W. OLIVER
    Federal Bar No.: ct02510
    JOSÉ A. AGUIAR
    Federal Bar No.: ct24658
    Berman and Sable LLC
    One Financial Plaza
    Hartford, CT 06103
    Tel:    (860) 527-9699
    Fax:    (860) 527-9077


THE DEFENDANT/COUNTERCLAIM PLAINTIFF,
THEMISTOS & DANE, P.C.


By: _____
    PAUL H. ROTHSCHILD
    Federal Bar No.: ct05693
    ADAM J. BASCH
    Federal Bar No.: ct25554
    Bacon & Wilson, P.C.
    33 State Street
    Springfield, MA 01103
    Tel:    (413) 781-0560
    Fax:    (413) 739-7740

3