UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Amended Telephone Status Conference Calendar

Honorable Mark R. Kravitz, U.S.D.J.
141 Church Street
New Haven
Chambers Room 306

Wednesday, June 2, 2004
8:30 a.m.

CASE NO. **3:03cv161 MRK**   **Blezard v Themistos & Dane**

Jose Antonio Aguiar
Berman & Sable
100 Pearl St.
Hartford, CT 06103
860-527-9699

**STATUS CONFERENCE HELD**

DATE: 6/2/04

10 min.

James Webster Oliver
Berman & Sable
100 Pearl St.
Hartford, CT 06103
860-527-9699

Paul H. Rothschild
Bacon & Wilson
33 State St.
Springfield, MA 01103
413-781-0560

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK