UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

CIVIL ACTION NO. 303CV0161-MRK

MICHAEL R. BLEZARD,
    Plaintiff,
v.

THEMISTOS & DANE. P.C.,
    Defendant/Plaintiff in
    Counterclaim,
and

THEMISTOS & DANE, P.C.,
    Plaintiff in Counterclaim,
v.

PUE, LEIBOWITZ & CHICK, LLC,
    Defendant in
    Counterclaim

**STIPULATION OF DISMISSAL**

JUNE  15 , 2004

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties to the above-captioned matter (Plaintiff, Michael R. Blezard, Counterclaim Defendant, Pue, Leibowitz & Chick, LLC and Defendant, Themistos & Dane, P.C.) hereby stipulate that the Complaint in this action dated January 23, 2003, as revised and amended by the Amended Complaint dated November 6, 2003, against the Defendant Themistos & Dane, P.C., and the Counterclaims by the Defendant Themistos & Dane, P.C., dated February 13, 2003, against the Plaintiff Michael R,. Blezard and Counterclaim Defendant Pue, Leibowitz & Chick, LLC be dismissed with prejudice and without costs or fees to any party. This Stipulation of Dismissal is being filed as a result of a Settlement Agreement entered into by all the parties.

The above-referenced civil action may be restored to the above Court docket in the event that any party to this Settlement Agreement is in breach of said Settlement

Agreement. Said civil action shall be restored to the Court docket for the sole purpose of enforcing the terms of the Settlement Agreement.

Wherefore, the parties request that this Court enter an Order dismissing the Amended Complaint dated November 6, 2003, against the Defendant Themistos & Dane, P.C., and the Counterclaims dated February 13, 2003, filed by the Defendant Themistos & Dane, P.C., against the Plaintiff Michael R. Blezard and the Counterclaim Defendant Pue, Leibowitcz & Chick, LLC, filed in this action in accordance with the Stipulation of Dismissal, with prejudice and without costs to any party.

         The Plaintiff/Counterclaim Defendant,
         Michael R. Blezard
         -and-

         The Counterclaim Defendant,
         Pue, Leibowitz & Chick, LLC

         By: _____
           James W. Oliver, Esq.
           Federal Bar No.: ct02510
           José A. Aguiar, Esq.
           Federal Bar No.: ct24658
           Berman and Sable LLC
           One Financial Plaza
           Hartford, CT  06103
           Tel: (860) 527-9699
           Fax: (860) 527-9077

         The Defendant/Plaintiff in Counterclaim,
         Themistos & Dane, P.C.,
         By Its Attorney,

         _____
         PAUL H. ROTHSCHILD, ESQ. ct05693
         BACON & WILSON, P.C.
         33 State Street
         Springfield, MA 01103
         Ph: (413) 781-0560
         Fax: (413) 739-7740
         June 9, 2004

325908