UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

CIVIL ACTION NO. 303CV0161-MRK

| | |
|---|---|
| MICHAEL R. BLEZARD,<br>　　　Plaintiff,<br>v.<br><br>THEMISTOS & DANE. P.C.,<br>　　　Defendant/Plaintiff in<br>　　　Counterclaim,<br>and<br><br>THEMISTOS & DANE, P.C.,<br>　　　Plaintiff in Counterclaim,<br>v.<br><br>PUE, LEIBOWITZ & CHICK, LLC,<br>　　　Defendant in<br>　　　Counterclaim | **STIPULATION OF DISMISSAL**<br><br><br><br><br><br>JUNE __15__, 2004 |

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties to the above-captioned matter (Plaintiff, Michael R. Blezard, Counterclaim Defendant, Pue, Leibowitz & Chick, LLC and Defendant, Themistos & Dane, P.C.) hereby stipulate that the Complaint in this action dated January 23, 2003, as revised and amended by the Amended Complaint dated November 6, 2003, against the Defendant Themistos & Dane, P.C., and the Counterclaims by the Defendant Themistos & Dane, P.C., dated February 13, 2003, against the Plaintiff Michael R. Blezard and Counterclaim Defendant Pue, Leibowitz & Chick, LLC be dismissed with prejudice and without costs or fees to any party. This Stipulation of Dismissal is being filed as a result of a Settlement Agreement entered into by all the parties.

The above-referenced civil action may be restored to the above Court docket in the event that any party to this Settlement Agreement is in breach of said Settlement